IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DENNIS CURRY, and
DENNIS CURRY, JR., a minor,

  Plaintiffs,

vs.           CASE NO.: 4:06cv540-SPM/WCS

FLORIDA DEPARTMENT OF
JUVENILE JUSTICE and
the SHERIFF OF BAY COUNTY,

  Defendants.
_____/

## ORDER OF DISMISSAL

  This case has been dismissed with prejudice pursuant to Plaintiffs' Notice of Voluntary Dismissal with Prejudice (doc. 12) and Federal Rule of Civil Procedure 41(a)(1)(i). Accordingly, the clerk shall close this case.

  SO ORDERED this 26th day of June, 2007.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge